

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00164-CV

Mohamad **NAWAR**, M.D.,
Appellant

v.

Maria Martha **GONZALEZ**, Individually and on behalf of Estate of Joseph M. Gonzalez,
Deceased, Sandra Gonzalez, Sergio Gonzalez, Azalea Gonzalez, and Carolina Gonzalez Ortiz,
Appellees

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 32082
Honorable Enrique Fernandez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

We order that appellees, Maria Martha Gonzalez, Individually and on behalf of Estate of
Joseph M. Gonzalez, Deceased, Sandra Gonzalez, Sergio Gonzalez, Azalea Gonzalez, and
Carolina Gonzalez Ortiz, recover their costs of this appeal, if any, from appellant Mohamad Nawar,
M.D.

SIGNED December 5, 2018.

_____
Marialyn Barnard, Justice